

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:                              §
                                    §
STELLA CHRISTINE FACUNDO            §         CASE NO. 13-10136-RLJ-13
                                    §
                                    §
DEBTOR(S)                           §

## ORDER DISMISSING CHAPTER 13 CASE

Came to be considered Debtor's Motion to Dismiss Chapter 13 Case. After reviewing the pleadings and hearing the arguments of counsel, the Court finds the following:

1. The above-described Motion was served on all parties-in-interest by first class mail and/or ECF.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered case be dismissed without prejudice.

# # # End of Order # # #

Phil Black
1290 S. Willis, Ste. 125
Abilene, Texas 79605
325-692-8100
325-692-8793 fax